# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>           Plaintiff(s),       )<br>vs.       )<br>Moises Torres-Castelano,       )<br>           Defendant(s).       )<br>_____ ) | **NO. CR 10-00161-FRZ-GEE**<br>**ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress Statements (Doc.28).

On August 31, 2010, Magistrate Judge Glenda E. Edmonds conducted a hearing and on September 8, 2010 issued her Report and Recommendation (Doc.63). A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

/////

/////

IT IS ORDERED that the Motion to Suppress Statements is DENIED as moot in part with regard to statements made by Officer Gonzales.

DATED this 23rd day of September, 2010.

_____
Frank R. Zapata
Senior United States District Judge